IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14-cv-156-GCM

| MICHAEL A. GADDY, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **O R D E R** |
| | ) | |
| ROBERT A. SPRAGUE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court on the Court's own motion following the filing of Answers by Defendants T.E. Grosse, Robert Sprague, and Zachary Riggan, (Doc. Nos. 2; 3; 4). Defendants removed this action, brought by Plaintiff pursuant to 42 U.S.C. § 1983, from the Superior Court of Mecklenburg County on April 3, 2014.

Defendants state in their Answers that they seek dismissal pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. This Order is intended to notify Defendants that if they intend to file a motion for dismissal and a supporting brief pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, they may file a motion to stay the initial attorney's conference until after the Court has ruled on the motions to dismiss.

**IT IS SO ORDERED.**

Signed: April 23, 2014

Graham C. Mullen
United States District Judge